## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALAN DOERING**                                                                    **PLAINTIFF**
**ADC #106115**

**v.**                                    **Case No. 4:23-cv-01049-KGB**

**WELL PATH,** *et al.*                                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Alan Doering's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 27th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge